Rochelle J. Bioteau, Esq. (SBN 228348)
BIOTEAU & ASSOCIATES, APLC
1901 First Avenue, Suite 415
San Diego, California 92101
Telephone No.: (619) 696-8854
Fax No.: (619) 696-8190
Email: rochelle@bandalawsd.com

Attorneys for Defendant Ghost Mountain RV Resort, L.L.C.

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>GHOST MOUNTAIN RV RESORT, L.L.C., a limited liability company; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive,<br><br>    Defendants. | Case No.<br>*(Removed from El Dorado County Superior Court Case No. 23CV0207)*<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441<br><br>Complaint Filed:   01/06/23<br>Removal Filed:     05/18/23<br>Trial Date:         Not Yet Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant Ghost Mountain RV Resort, L.L.C. ("Ghost Mountain"), hereby removes to this Court the state court action described below. Removal is made pursuant to 28 U.S.C. § 1441.

1.  Ghost Mountain is a defendant in a civil action pending in the Superior Court of California, County of El Dorado, entitled *Stephanie Smith v. Ghost Mountain RV Resort, L.L.C., et al.*, Case Number 23CV0207 (the "State Court

Action"). The complaint in the State Court Action alleges claims stemming from the plaintiff's employment at Ghost Mountain ("Complaint"). A copy of the Summons and Complaint are attached hereto as Exhibit A and Exhibit B, respectively.

2. The State Court Action was commenced on January 6, 2023. The first date upon which Ghost Mountain was served with notice of the State Court action and accepted service pursuant to California Code of Civil Procedure § 415.30, Notice of Acknowledgment of Receipt on Defendant's former outside general counsel, was April 20, 2023. A copy of the executed Notice of Acknowledgment of Receipt is attached hereto as Exhibit C. As such, this Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of receipt of the initial pleading setting forth the claim for relief.

3. Removal of this action is proper under 28 U.S.C. § 1332 and is one which may be removed by this Court by Defendant Ghost Mountain pursuant to the provisions of 28 U.S.C. § 1441(b) as this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiff is alleging violations of California wage and hour law and sexual harassment under California's Fair Employment and Housing Act, which would entitle Plaintiff to compensatory damages, penalties, punitive damages, and attorney's fees.

4. As to diversity of citizenship, the Complaint states that Plaintiff is "and at all times relevant was, a resident of El Dorado County, State of California." (*See,* Exhibit B, Complaint, at 3:21–22). For diversity purposes, a natural person is a "citizen" of the state which he or she is domiciled. *Kantor v. Wellesley Galleries, LTD.* 704 F.2d 1088, 1090 (9th Cir. 1983). "It is assumed…that a person's current residence is also his domicile." *Charles Alan Wright & Arthur Miller, Federal Practice & Procedure § 3612* (3d. Ed. 1013). Therefore, Plaintiff is a citizen of California for purposes of diversity.

Defendant Ghost Mountain, on the other hand, is an Arizona limited liability company with a principal place of business located at 3720 Highway 95, Parker, Arizona 85344.  A limited liability company's citizenship for purposes of diversity is determined by examining the citizenship of each member of the company (*See*, *Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial* Ch. 2C-3, § 2:1372; *Johnson v. Columbia Properties Anchorage, LP* (9th Cir. 2006) 437 F3d. 894, 899.)  All of Ghost Mountain's members, as of the date the State Court Action and the instant Notice of Removal pleadings are filed, are residents and citizens of the state of Arizona; member Wengen, L.L.C. is an Arizona limited liability company consisting of member Olten, L.L.C. and KDT Trust, with principal places of business located at 5502 Lakeshore Drive, Tempe, Arizona 85283, and Olten, L.L.C. is a single member Arizona limited liability company with the Hergiswil Trust dated June 29, 1993, administered by trustee Michael Trauscht, an Arizona citizen.

5. As to the amount in controversy, and while the Complaint does not specify a specific dollar amount, eighteen (18) different causes of action are alleged including intentional torts such as sexual harassment, retaliation, wrongful termination, and emotional distress, in addition to various wage and hour and unfair competition claims.  Further, and in addition to damages, Plaintiff's prayer for relief seeks civil penalties and punitive damages.  Notably, Plaintiff's settlement demand exceeds $300,000.00.  It is well established that punitive damages are part of the amount in controversy in a civil action.  *Gibson v. Chrysler Corp.* 261 F.3d 927, 945 (9th Cir. 2001).  And, while a damage amount is not specified in the Complaint, Defendant Ghost Mountain is informed and believes that the amount in controversy exceeds $75,000.00, exclusive of interest and costs which Plaintiff may seek.

Accordingly, because Plaintiff is a California citizen and Defendant is an Arizona citizen, and the amount in controversy has been satisfied, all requirements under U.S.C. §1441(b) have been met and complete diversity exists.

///

6. In compliance with 28 U.S.C. § 1446(a), a copy of the Notice of Filing of Notice of Removal of Action that will be filed with the Superior Court of the State of California, County of El Dorado, pursuant to 28 U.S.C. §1446(d), is attached hereto as Exhibit D.

7. Defendant Ghost Mountain's written notice of this filing to Plaintiff, as required under 28 U.S.C. §1446(d), is attached hereto as Exhibit E.

8. Defendant Ghost Mountain is the only defendant that has been served with the Summons and Complaint in this matter. Defendant Ghost Mountain is unaware of the identities of the unnamed DOE defendants or whether any DOE defendants have been named or served as of the filing of the instant notice of removal.

BIOTEAU & ASSOCIATES, APLC

Dated: 05/18/23     By: *Rochelle J. Bioteau*
Rochelle J. Bioteau, Esq.
Attorney for Defendant
GHOST MOUNTAIN RV RESORT, L.L.C.

| UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE** (Abbreviated)<br>*Smith v. Ghost Mountain RV Resort, LLC* | |
| **ATTORNEY(S) NAME AND ADDRESS**<br>Rochelle J. Bioteau, Esq. (SBN 228348)<br>BIOTEAU & ASSOCIATES<br>1901 1st Avenue, Suite 415 San Diego, California 92101    **TELEPHONE** (619) 696-8854<br>FAX: (619) 696-8190 | |
| **ATTORNEY(S) FOR:** Ghost Mountain RV Resort, LLC, Defendant | **HEARING DATE-TIME-DEPT** | **CASE NUMBER** |

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am, and at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 1901 1st Avenue, Suite 415, San Diego, California 92101.

I served the following document(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441**

On the parties in this action addressed as follows:

Gregory A. Douglas, Esq.
Jamie McCrary, Esq.
Law Offices of Gregory A. Douglas
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Email: *greg@gdouglaslaw.com; jamie@gdouglaslaw.com*

☐   **BY E-MAIL (Pursuant to agreement between parties' counsel):** I caused such document to be transmitted via electronic mail to the e-mail addresses of the persons set forth above on this date.

---

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

5

☒ **BY ELECTRONIC FILING:** By attaching a true copy of the above-entitled document(s) to the E-Filing System of the United States District Court, Eastern District of California on May 18, 2023. The file transmission was reported as complete and a copy of the Filing Receipt page will be maintained with the original document(s) in our office.

☐ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on May 18, 2023. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 18, 2023, at San Diego, California.

☐ **State:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Rochelle J. Bioteau*
Rochelle J. Bioteau

---

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

6